UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED, </br></br> Plaintiff, </br></br> v. </br></br> U.S. DEPARTMENT OF LABOR, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 22-2899 (JMC) </br> ) </br> ) </br> ) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated December 21, 2022, Plaintiff Citizens United and Defendant U.S. Department of Labor ("DOL"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated July 18, 2022, as described more fully in attachment "A" to the Complaint. DOL answered the Complaint on December 20, 2022.

2. The request is being processed by several components of DOL, including the Employment and Training Administration, the Office of the Secretary, the Office of Congressional and Intergovernmental Affairs, the Office of the Assistant Secretary for Policy, the Office of Public Affairs, and the Office of the Solicitor.

3. The Office of the Solicitor and the Office of the Assistant Secretary for Policy, and the Office of the Congressional and Intergovernmental Affairs have completed their processing of the request and state that they issued response letters dated August 31, 2022, November 3, 2022, and December 14, 2022. However, transmissions were unsuccessful. The

Department plans to reissue final responses upon receipt from Plaintiff of an updated email address for transmitting the final responses.

4. The Employment and Training Administration, the Office of the Secretary, and the Office of Public Affairs have also completed their searches for responsive records. Defendant states that the Office of Public Affairs identified no responsive records after completing an adequate search. The Office of the Secretary states that it identified one responsive document after completing its search. The Employment and Training Administration identified 237 pages of potentially responsive documents which must be reviewed for responsiveness, and if determined to be responsive to the request may require consultations. DOL expects to complete its review of the Employment and Training Administration records and have a proposal for the processing of any actually responsive records by the next status report.

5. The parties propose that they file a further status report on March 23, 2023, and that the Court defer setting a briefing schedule at this time.

                Respectfully submitted,

                By:

                <u>/s/ *Jeremiah L. Morgan*</u>
                Jeremiah L. Morgan
                (D.C. Bar No. 1012943)
                William J. Olson
                (D.C. Bar No. 233833)
                William J. Olson, P.C.
                370 Maple Avenue West, Suite 4
                Vienna, VA 22180-5615
                703-356-5070 (telephone)
                703-356-5085 (fax)
                jmorgan@lawandfreedom.com (e-mail)
                *Counsel for Plaintiff*

        AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*